**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **SANDI DARVIS VASQUEZ HERNANDEZ,** | § | |
|     **Petitioner,** | § | |
| | § | |
| | § | **EP-26-CV-00955-DB** |
| **v.** | § | |
| | § | |
| **MARKWAYNE MULLIN,** *Secretary of Homeland Security, et al.,* | § | |
|     **Respondents.** | § | |

## FINAL JUDGMENT

On this day, the Court considered the above-captioned case. On April 21, 2026, Respondents filed a "Joint Status Report," ECF No. 6, advising the parties agree no matters remain to be resolved in this case. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **22nd** day of **April 2026**.

_____
**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**